1010

No. 84–6075. TISON v. ARIZONA (two cases). Sup. Ct. Ariz. Motions of petitioners for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–5454. GRAY v. MISSISSIPPI. Sup. Ct. Miss. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–1692. BIBBY v. UNITED STATES; and
No. 84–1851. GILLOCK v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 752 F. 2d 1116.

No. 85–125. WALTON ET AL. v. COLVILLE CONFEDERATED TRIBES ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–591. W. C. GARCIA & ASSOCIATES, INC. v. SASSI, DISTRICT DIRECTOR, INTERNAL REVENUE SERVICE. C. A. 9th Cir. Certiorari denied.

No. 85–596. ARNSBERG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–670. ETHYL CORP. v. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–708. ALL SOULS EPISCOPAL CHURCH v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL.; and
No. 85–1017. ROCKET OIL CO. v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 769 F. 2d 658.

No. 85–713. BEERLY, TRUSTEE OF THE GUSTAV E. BEERLY TRUST v. DEPARTMENT OF THE TREASURY ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–728. CARR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–746. ALBANO ET AL. v. CRAIG CORP. C. A. 7th Cir. Certiorari denied.